UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Coleen Bonti, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

ARS National Services, Inc.,
                Defendant.

**FILED**
**CLERK**
11:32 am, Oct 12, 2017
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Docket No: 2:17-cv-02580-ADS-AYS

## JUDGMENT

Defendant, ARS National Services, Inc. having offered judgment against itself pursuant to FRCP 68 in the sum of $1,001.00 plus costs and reasonable attorneys' fees as determined by the Court, and Plaintiff Coleen Bonti having accepted said offer of judgment; it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff Coleen Bonti recover from Defendant ARS National Services, Inc. the principal amount of $1,001.00 together with costs of $496.50 and attorneys' fees in an amount to be set by the court.

                                              DOUGLAS C. PALMER
                                              CLERK OF COURT

                                              /s/ James J. Toritto
                                              DEPUTY CLERK

DATED: Central Islip, New York
              October 12, 2017