**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 19 2017 ★

LONG ISLAND OFFICE

Coleen Bonti, individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

ARS National Services, Inc.,

        Defendant.

Docket No: 2:17-cv-02580-ADS-AYS

### STIPULATION OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: December 13, 2017

**GORDON & REES, LLP**

By: ___/s Peter Siachos___
Peter Siachos, Esq.
18 Columbia Turnpike
Florham Park, New Jersey 07932
Tel: (973) 549-2500
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By: ___/s Craig B. Sanders___
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 112004
*Attorneys for Plaintiff*

SO ORDERED: Case shall remain closed.

s/ Arthur D. Spatt

_____
Arthur D. Spatt, U.S.D.J.

12/19/17
Date